NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JARRETT MICHAEL SMITH,                )
                                       )
            Petitioner,                )
                                       )
v.                                     )        Case No.  2D18-3352
                                       )
STATE OF FLORIDA,                      )
                                       )
            Respondent.                )
_____   )

Opinion filed February 22, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Vivian T.
Corvo, Judge.

Julianne M. Holt, Public Defender, Tampa,
for Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.

            Denied.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.